IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02498-CNS-TPO

BASALT REAL ESTATE, LLC,

    Plaintiff,

v.

SILVERPEAK CORP. and
CHAPMAN DUCOTE,

    Defendants.

---

## MINUTE ORDER

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on December 27, 2024.**

    The emailed request of Plaintiff's counsel to participate in the Scheduling Conference remotely is **granted**. To do so, counsel shall follow the Cisco Meeting App Instructions that are attached to this Minute Order.

    Should counsel encounter technical difficulties, counsel may connect to the courtroom via the telephone conference line:

Toll-Free Number:    (571) 353-2301

Access code:    061746309

# Cisco Meeting App Instructions

# Judge Timothy P. O'Hara

- For laptop/PC - From Google Chrome (recommended) on Windows, or Safari on Mac or iDevice, click on the link below to join.  **IMPORTANT:  Contact Chambers or Courtroom Deputy prior to testing this link, as you may interrupt a scheduled setting:**

  https://meet.uc.uscourts.gov/meeting/132776284?secret=zBLYIdFg6VOwZOeT6yeqNw

  **Note:  Use the default of "Continue with browser" to join the meeting.**

- For VTC/SIP Systems:

  2221100@uc.uscourts.gov  Meeting ID- 132776284#

- For Audio Only:

  - Phone: 571-353-2301, then enter 132776284#

- **Once you have joined the conference either by Video or Audio, please MUTE YOUR MIC.**

  **Family Member/Public/Media "listen" to hearing:**

  571-353-2301
  Access Code: 061746309#