IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-02498-CNS-TPO

**BASALT REAL ESTATE LLC,**
an Iowa limited liability company

      Plaintiff(s),
v.
**SILVERPEAK CORP.,** a Colorado corporation, and
**CHAPMAN DUCOTE,** an individual

      Defendant(s).

---

### **JOINT MOTION TO SET SETTLEMENT CONFERENCE**

---

      Plaintiff Basalt Real Estate LLC and defendants Silverpeak Corp. and Chapman Ducote, by and through their respective undersigned attorneys, hereby jointly move this Honorable Court for an order setting a settlement conference with Magistrate Judge Timothy P. O'Hara on March 31, 2025, and in support hereof state as follows:

      1.    On January 9, 2025, the parties attended a scheduling conference with Magistrate Judge Timothy P. O'Hara.

      2.    In the parties' Proposed Scheduling Order submitted prior to the scheduling conference, defendants requested that the Court schedule a settlement conference at an early stage in the case.

      3.    Plaintiff agrees that an early settlement conference could result in the prompt

disposition of this case.

4.    In his Minute Order entered after the scheduling conference, Judge O'Hara directed the parties to file a joint motion requesting the scheduling of a settlement conference on March 31, 2024.

5.    WHEREFORE, the parties jointly request that the Court schedule a settlement conference to be held on March 31, 2025, before U.S. Magistrate Judge Timothy P. O'Hara in Courtroom C-402, on the fourth floor of the Byron G. Rogers United States Courthouse located at 1929 Stout Street, Denver, Colorado.

Respectfully submitted this 10th day of January 2025

| | |
|---|---|
| /s/ Kenneth E. Citron | /s/ Stephen E. Csajaghy |
| Kenneth E. Citron | Stephen E. Csajaghy |
| Klein Coté Edwards Citron LLC | Condit Csajaghy LLC |
| 101 South Mill Street | 695 S. Colorado Blvd. |
| Suite 200 | Suite 270 |
| Aspen, Colorado 81611 | Denver, CO 80246 |
| (970) 925-8700 | (720) 287-6602 |
| *Attorney for Plaintiff* | *Attorney for Defendants* |