IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02498-CNS-TPO

BASALT REAL ESTATE, LLC,

    Plaintiff,

v.

SILVERPEAK CORP. and
CHAPMAN DUCOTE,

    Defendants.

## MINUTE ORDER

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on January 13, 2025.**

    This matter comes before this Court upon the Order of Reference for a Settlement Conference. ECF 23.

    A Settlement Conference is **SET** for **March 31, 2025 at 10:00 a.m**. in Courtroom C-402, on the fourth floor of the Byron G. Rogers United States Courthouse located at 1929 Stout Street, Denver, Colorado. This is an **in-person** proceeding.

    The Court will commence the Settlement Conference with both Parties jointly. After introductory remarks, the Court will caucus with each side separately.

    The Parties shall comply with § VII(1)-(3) of the Uniform Civil Practice Standards of the United States Magistrate Judges (D.C.COLO.MJ) regarding magistrate judge impartiality, party attendance, and full settlement authority.

    Regarding § VII(4) of D.C.COLO.MJ, only the submission of the confidential statements directly to Chambers is required.

    As explained in that rule, the purpose of the confidential settlement statements is to ensure a productive Settlement Conference. Counsel shall use them to communicate to me any information that counsel believes I should know or wishes to share that may assist me in facilitating the settlement negotiation process. Counsel also shall use them to inform me about what settlement authority each will bring to the proceeding. Counsel shall submit their respective confidential settlement statements directly to Chambers at *O'Hara_Chambers@cod.uscourts.gov*. (Counsel shall **not** file them onto the case docket sheet.) They are due **five business days** before the Settlement Conference date.

   Although the Court does not specifically require them, counsel remain free to exchange <u>non-confidential</u> statements between themselves in preparation for the Settlement Conference if they believe it would be helpful to the settlement negotiation process.