IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02498-CNS-TPO

BASALT REAL ESTATE, LLC,

    Plaintiff,

v.

SILVERPEAK CORP. and
CHAPMAN DUCOTE,

    Defendants.

---

**MINUTE ORDER**

---

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on March 3, 2025.**

    Pursuant to the Parties' emailed request, the Settlement Conference, currently set for March 31, 2025, is **RESET** to **June 26, 2025 at 9:30 a.m**. in Courtroom C-402, on the fourth floor of the Byron G. Rogers United States Courthouse located at 1929 Stout Street, Denver, Colorado.