IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02498-CNS-TPO

BASALT REAL ESTATE, LLC,

    Plaintiff,

v.

SILVERPEAK CORP. and
CHAPMAN DUCOTE,

    Defendants.

---

## MINUTE ORDER

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on July 3, 2025.**

This matter comes before this Court upon the Parties' emailed request for an additional Settlement Conference.

A second Settlement Conference is **SET** for **August 28, 2025 at 2:00 p.m**. in Courtroom C-402, on the fourth floor of the Byron G. Rogers United States Courthouse located at 1929 Stout Street, Denver, Colorado.

In addition, the Parties must comply with the remaining requirements of the Minute Order at ECF 30.

This Court will allow remote participation at the Settlement Conference, as it previously permitted at ECF 28. For those Parties and counsel who choose to participate remotely, they shall follow the same instructions provided at ECF 28.

The Court will commence the Settlement Conference with both Parties jointly in the courtroom, for which any Party or counsel appearing remotely shall use the video teleconference instructions at ECF 28 to connect. After introductory remarks, the Court will caucus with each side separately. So that this Court can caucus with each side separately, each side shall email a Teams invitation to Chambers by **1:45 p.m**. <u>on the day of the Settlement Conference</u>.

The Parties shall file <u>updated</u> settlement statements regarding their current positions and to provide me with information to make this second Settlement Conference productive. Counsel shall use their statements to communicate to me:

- any information that counsel believes I should know that may assist me in facilitating the settlement negotiation process,
- what non-confidential information has been communicated to the other side, and
- what offers have been exchanged since the previous Settlement Conference and the current status of negotiations.

Counsel shall submit their respective settlement statements directly to Chambers at *O'Hara_Chambers@cod.uscourts.gov*. Counsel shall **not** file them onto the case docket sheet. Settlement Statements are due **five business days** before the Settlement Conference date.

Counsel may submit some information as confidential, but the information should be clearly marked. The Court encourages the parties to limit the amount of information deemed to be confidential, settlement statements. **Judge O'Hara asks that the confidential statements provided to him clearly indicate what information shared is strictly confidential**.

The Court encourages counsel to exchange the non-confidential portions of the settlement statements between themselves in preparation for the Settlement Conference if they believe it would be helpful to the settlement negotiation process.