IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-02498-CNS-TPO

**BASALT REAL ESTATE LLC,**
an Iowa limited liability company

    Plaintiff(s),

v.

**SILVERPEAK CORP.,** a Colorado corporation, and
**CHAPMAN DUCOTE,** an individual

    Defendant(s).

---

## JOINT STATUS REPORT

---

Plaintiff Basalt Real Estate LLC and Defendants Silverpeak Corp. and Chapman Ducote, by and through their respective undersigned attorneys, hereby submit this Joint Status Report pursuant to the Minute Order entered by Magistrate Judge Timothy P. O'Hara on June 27, 2025.

As a preliminary matter, the parties apologize to the Court for the tardiness of this submission. Counsel for the parties now have conferred regarding the issues identified in the June 27, 2025 Minute Order and report to the Court as follows:

1. The next date for the Settlement Conference: Pursuant to a Minute Order entered by Magistrate Judge Timothy P. O'Hara on July 3, 2025, a second Settlement Conference has been set for August 28, 2025 at 2:00 p.m.

2. The status of discovery: Defendants served their *First Set of Discovery* to Plaintiff on

1

February 17, 2025. By agreement of the parties, Plaintiff served its Responses and Objections to Defendants' First Set of Discovery to Plaintiff on May 26, 2025. Plaintiff served its *First Set of Interrogatories Pursuant to F.R.C.P. 33, Requests for Production of Documents Pursuant to F.R.C.P. 34, and Requests for Admission Pursuant to F.R.C.P. 36* upon Defendants on February 10, 2025. By agreement of the parties, Defendants served their Responses on May 23, 2025. On June 2, 2025, Plaintiff's counsel emailed Defendants' counsel to confer about the adequacy of certain of Defendants' responses to Plaintiff's discovery requests. Defendants have yet to respond substantively to the matters raised in Plaintiff's counsel's email, but they intend to do so. The parties will endeavor to resolve their discovery disputes without the Court's involvement and in any event will refrain from seeking the Court's assistance until after the second Settlement Conference if such assistance is required at that juncture. Similarly, the parties have not yet taken depositions, but they have agreed to hold the same in abeyance until after the second Settlement Conference if depositions are deemed to be needed at that time; in such an event, the parties will request an extension of the discovery deadline to accommodate deposition scheduling.

3. The disclosure of Defendant Chapman Ducote's financial information: Mr. Ducote will furnish Plaintiff with a certified financial statement not less than ten (10) days prior to the second Settlement Conference so that Plaintiff may consider it in connection with the updated settlement statement required by the Court in its July 3, 2025 Minute Order.

Respectfully submitted this 18th day of July 2025.

| | |
|---|---|
| */s/ Kenneth E. Citron* | */s/ Stephen E. Csajaghy* |
| Kenneth E. Citron | Stephen E. Csajaghy |
| Klein Coté Edwards Citron LLC | Condit Csajaghy LLC |
| 101 South Mill Street | 695 S. Colorado Blvd. |
| Suite 200 | Suite 270 |
| Aspen, Colorado 81611 | Denver, CO 80246 |
| (970) 925-8700 | (720) 287-6602 |
| *Attorney for Plaintiff* | *Attorney for Defendants* |