IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02498-CNS-TPO

BASALT REAL ESTATE, LLC,

    Plaintiff,

v.

SILVERPEAK CORP. and
CHAPMAN DUCOTE,

    Defendants.

---

## MINUTE ORDER

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on August 25, 2025.**

    Before this Court is Defendants' emailed request to postpone for a month the Settlement Conference that currently is set on Thursday, August 28, 2025. Defendants report that Plaintiff opposes the request.

    This Court asks Defendants to make this request by way of a written motion filed onto the case docket sheet. Defendants shall file the motion by the **close of business today, August 25, 2025**.

    Plaintiff shall respond by the **close of business tomorrow, August 26, 2025**.