**UNITED STATES DISTRICT COURT**
**for the**
**DISTRICT OF COLORADO**

| | | |
|---|---|---|
| BASALT REAL ESTATE LLC,<br>an Iowa limited liability company, | ) ) ) | |
| *Plaintiff* | ) ) | Case No. 1:24-cv-2498-CNS-TPO |
| v. | ) ) | |
| SILVERPEAK CORP.,<br>a Colorado corporation; and<br>CHAPMAN DUCOTE, an individual | ) ) ) ) | |
| *Defendants* | ) ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO APPEAR REMOTELY**

Plaintiff Basalt Real Estate, LLC ("BRE"), by and through its undersigned counsel, Klein Coté Edwards Citron LLC, hereby moves the Court for an order granting leave for BRE's counsel to appear remotely at the Pre-Summary Judgment Hearing scheduled for Friday, October 3, 2025, at 1:00 p.m.

**CERTIFICATE OF CONFERRAL**

The undersigned certifies that on September 26, 2025, he conferred with counsel for Defendants regarding the relief sought herein. Counsel for Defendants responded that Defendants take no position and will defer to the Court's practice standard and guidance.

1.      BRE owns the real property known as 24530 Highway 82, Basalt, CO 81621 (the "Premises").

2.      Effective as of January 1, 2021, BRE entered into the Lease for the Premises with defendant Silverpeak Corp. ("Silverpeak") as tenant. Defendant Chapman Ducote guaranteed

Silverpeak's performance of the Lease under a written guaranty which immediately became enforceable upon a default under the Lease by Silverpeak.

3.      In June 2024, Silverpeak abandoned the leased premises and ceased paying rent under the Lease.

4.      On June 23, 2025, in accordance with the Court's Standing Order Regarding Federal Rule of Civil Procedure 56 Motions, BRE provided notice to the Court and opposing counsel of its intent to file a motion pursuant to such rule and requested that the Court schedule a hearing with the parties to discuss the material facts and to determine whether there are disputes of any material fact (the "Hearing").

5.      The Court offered to conduct the Hearing on either July 21 or 23, 2025.  However, on June 26, 2025, parties conducted a Settlement Conference with Magistrate Judge O'Hara, which was continued until August 28, 2025.

6.      On July 1, 2025, the parties jointly moved the Court for an order extending the Hearing date to accommodate the continued Settlement Conference.  That motion was granted, and the Hearing is now scheduled for October 3, 2025, at 1:00 pm.

7.      The facts in this case are simple and, although Defendants raised an affirmative defense of failure to mitigate, they have not denied the material facts which BRE contends give rise to Defendants' liability.  (Dkt. #10).

8.      Plaintiff's counsel's office is in Aspen.  Due to the time and expense required to travel to Denver, and in light of the uncomplicated nature of the case, BRE respectfully submits that the requirement of an in-person appearance by its counsel at the Hearing is disproportionate to the needs of the case.

**WHERFORE**,  BRE moves that its counsel be granted leave to appear remotely at the Pre-

Summary Judgment Hearing scheduled for Friday, October 3, 2025, at 1:00 p.m.

Dated:  September 26, 2025

Respectfully submitted,

KLEIN COTÉ EDWARDS CITRON LLC


By:*/s/ Kenneth E. Citron*
Kenneth E. Citron
101 South Mill Street, Suite 200
Aspen, Colorado 81611
Phone Number: 970-925-8700
Fax Number: 970-925-3977
Email: kcitron@kceclaw.com


**CERTIFICATE OF SERVICE**

I certify that on September 26**,** 2025, **PLAINTIFF'S MOTION FOR LEAVE TO APPEAR REMOTELY** was electronically filed and all parties of record in this matter were served via the EM/ECF.

*/original signature on file/*
Kenneth E. Citron

3