Exhibit A to Opp to ExParte
Motion Prejudgment Attachment

On Sep 13, 2025, at 10:24 AM, Ken Citron <kcitron@kceclaw.com> wrote:

It was filed ex parte.

_____

Kenneth E. Citron, Esq.
Klein Coté Edwards Citron LLC
101 South Mill Street
Suite 200
Aspen, Colorado 81611
(970) 925-8700
kcitron@kceclaw.com
www.kceclaw.com

The information contained in this e-mail message may be attorney-privileged and confidential information. In any event, it is intended only for the use of the intended recipient(s) named above. If you are not an intended recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone (970-925-8700) or e-mail, and delete this e-mail message. Thank you. Also, we do not guaranty that any files attached to this email are virus free; you should scan any attached files for viruses before opening them.

---

**From:** Steve Csajaghy <Steve@cclawcolorado.com>
**Sent:** Saturday, September 13, 2025 10:21:53 AM
**To:** Ken Citron <kcitron@kceclaw.com>
**Cc:** Trish Schart <Trish@cclawcolorado.com>
**Subject:** Re: Activity in Case 1:24-cv-02498-CNS-TPO Basalt Real Estate, LLC v. Silverpeak Corp. et al Restricted Document - Level 2

Please send us whatever you filed.

Exhibit A to Opp to ExParte
Motion Prejudgment Attachment

Steve Csajaghy
Condit Csajaghy LLC
695 S. Colorado Blvd., Suite 270
Denver, CO 80246
steve@cclawcolorado.com
(720) 287-6602

On Sep 13, 2025, at 9:19 AM, Ken Citron <kcitron@kceclaw.com> wrote:

It was filed ex parte.

_____

Kenneth E. Citron, Esq.
Klein Coté Edwards Citron LLC
101 South Mill Street
Suite 200
Aspen, Colorado 81611
(970) 925-8700
kcitron@kceclaw.com
www.kceclaw.com

The information contained in this e-mail message may be attorney-privileged and
confidential information. In any event, it is intended only for the use of the intended
recipient(s) named above. If you are not an intended recipient, you are hereby notified that
any dissemination, distribution, copying or other use of this communication is strictly
prohibited. If you have received this communication in error, please immediately notify us
by telephone (970-925-8700) or e-mail, and delete this e-mail message. Thank you. Also,
we do not guaranty that any files attached to this email are virus free; you should scan any
attached files for viruses before opening them.

---

**From:** Steve Csajaghy <Steve@cclawcolorado.com>
**Sent:** Saturday, September 13, 2025 7:57:23 AM
**To:** Ken Citron <kcitron@kceclaw.com>
**Cc:** Trish Schart <Trish@cclawcolorado.com>

**Subject:** FW: Activity in Case 1:24-cv-02498-CNS-TPO Basalt Real Estate, LLC v. Silverpeak Corp. et al Restricted Document - Level 2

Ken – can you send us whatever it is that you filed?  We cannot access the documents.

Thanks,

Steve

<image001.jpg>

**From:** COD_ENotice@cod.uscourts.gov <COD_ENotice@cod.uscourts.gov>
**Sent:** Friday, September 12, 2025 11:56 AM
**To:** COD_ENotice@cod.uscourts.gov
**Subject:** Activity in Case 1:24-cv-02498-CNS-TPO Basalt Real Estate, LLC v. Silverpeak Corp. et al Restricted Document - Level 2

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court - District of Colorado**

**District of Colorado**

**Notice of Electronic Filing**

The following transaction was entered by Citron, Kenneth on 9/12/2025 at 11:56 AM MDT and filed on 9/12/2025

**Case Name:**        Basalt Real Estate, LLC v. Silverpeak Corp. et al

Exhibit A to Opp to ExParte
Motion Prejudgment Attachment

**Case Number:**    1:24-cv-02498-CNS-TPO

**Filer:**    Basalt Real Estate, LLC

**Document Number:** 43

**Docket Text:**

RESTRICTED DOCUMENT - Level 2: by Plaintiff Basalt Real Estate, LLC.. (Attachments: # (1) Exhibit, # (2) Exhibit, # (3) Exhibit, # (4) Exhibit, # (5) Exhibit, # (6) Exhibit, # (7) Exhibit, # (8) Affidavit, # (9) Exhibit, # (10) Exhibit, # (11) Exhibit, # (12) Exhibit, # (13) Exhibit, # (14) Exhibit, # (15) Exhibit, # (16) Exhibit)(Citron, Kenneth)

**1:24-cv-02498-CNS-TPO Notice has been electronically mailed to:**

Kenneth E. Citron    kcitron@kceclaw.com, gracie@kceclaw.com

Stephen Erik Csajaghy    steve@cclawcolorado.com, trish@cclawcolorado.com

**1:24-cv-02498-CNS-TPO Notice has been mailed by the filer to:**

The following document(s) are associated with this transaction: