Exhibit B to Opp to ExParte Motion Prejudgment Attachment

On Sep 22, 2025, at 2:04 AM, Ken Citron <kcitron@kceclaw.com> wrote

To Whom It May Concern:

Counsel's assertions are false.

The motion was filed *ex parte* as permitted by F.R.Civ.P. 64(a) and C.R.C.P. 102(a). It was not hidden. Additionally, it was filed on Friday, September 12, 2025, and a copy was provided to counsel by email the next day, Saturday, September 13, 2025. Plaintiff did not wait several days or refuse to provide it.

Counsel's representation that defendants will respond in "due course" is not acceptable. Defendants have a right to traverse any order that the Court might enter, but they are not entitled to wait an indeterminate amount of time respond to an *ex parte* motion which by its nature is intended to attach funds before they are transferred.

Very truly yours,

Kenneth E. Citron, Esq.
Klein Coté Edwards Citron LLC
101 South Mill Street
Suite 200
Aspen, Colorado 81611
(970) 925-8700 Main
(970) 925-3681 Direct
kcitron@kceclaw.com
www.kceclaw.com



---

**From:** Steve Csajaghy <Steve@cclawcolorado.com>
**Sent:** Monday, September 22, 2025 1:05 PM
**To:** Ken Citron <kcitron@kceclaw.com>
**Cc:** O'Hara Chambers <O'Hara_Chambers@cod.uscourts.gov>

Exhibit B to Opp to ExParte
Motion Prejudgment Attachment

**Subject:** Re: Basalt Real Estate LLC v. Silverpeak Corp, et al; Civil Action No. 1:24-cv-02498-CNS-TPO

Dear Sirs: we are not sure why the Plaintiff is trying to advocate directly to the magistrate judge outside of the normal course.  This type of communication is not permitted in this Court.

You should be aware that the defendants intend to respond to the meritless motion. The plaintiff initially hid the motion from us and then waited several days and only assented and provided it to us after refusing to do so for several days.  We intend to provide those communications to the court with our response.  But as stated, the defendants intend to respond in due course because the motion is meritless and should be denied.

Steve Csajaghy
Condit Csajaghy LLC
695 S. Colorado Blvd., Suite 270
Denver, CO 80246
steve@cclawcolorado.com
(720) 287-6602

On Sep 22, 2025, at 11:49 AM, Ken Citron <kcitron@kceclaw.com> wrote:

 To Whom It May Concern:

This firm represents plaintiff Basalt Real Estate LLC in the above-referenced case.  On September 12, 2025, plaintiff filed an *Ex Parte* Motion for Prejudgment Attachment of $2M of funds which will be realized by an LLC in which defendant Chapman Ducote is the sole member, following the auction and sale of real property owned by the LLC (Dkt. # 43).  After filing, a copy of the motion, supporting affidavit, and exhibits were furnished to counsel for the defendants.  On September 17, 2025, the motion was referred by Judge Sweeney to Magistrate Judge O'Hara (Dkt. # 44).

The auction which prompted the motion has been completed.  Plaintiff has since learned that the closing on the sale of the subject real estate to the high bidder at auction in scheduled to close in early October.  Based on this information and for the reasons fully set forth in the motion, plaintiff respectfully requests that the motion be addressed by the Court forthwith.

Exhibit B to Opp to ExParte Motion Prejudgment Attachment

Very truly yours,

Kenneth E. Citron, Esq.
Klein Coté Edwards Citron LLC
101 South Mill Street
Suite 200
Aspen, Colorado 81611
(970) 925-8700 Main
(970) 925-3681 Direct
kcitron@kceclaw.com
www.kceclaw.com

<Outlook-Descriptio.png>

**PROTECT YOURSELF FROM WIRE FRAUD.**

**IF YOU RECEIVE WIRING INSTRUCTIONS FROM OUR COMPANY OR ANYONE ELSE BY EMAIL, PHONE, MAIL OR OTHERWISE, IT IS IMPERATIVE THAT YOU CALL OUR OFFICE TO VERIFY THE AUTHENTICITY OF ANY WIRING INSTRUCTIONS YOU RECEIVE.  PROTECT YOUR MONEY.  CALL US AND VERIFY OUR WIRING INSTRUCTIONS BEFORE YOU INITIATE ANY WIRES TO US.**

*IRS CIRCULAR 230 NOTICE: This document was not intended or written to be used, and it cannot be used, for the purpose of avoiding tax penalties that may be imposed.  In addition, this information cannot be used in promoting, marketing or recommending to another party any transaction or matter addressed herein.*

*CONFIDENTIALITY NOTICE:  This email transmission and any attachment(s) may contain confidential information which is legally privileged.  This information is only for the use of the intended recipient.  If you have received this email transmission in error, please notify us by email at the address above and delete this email.  Thank you.*