IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-02498-CNS-TPO

**BASALT REAL ESTATE LLC,**
an Iowa limited liability company

    Plaintiff(s),

v.

**SILVERPEAK CORP.,** a Colorado corporation, and
**CHAPMAN DUCOTE,** an individual

    Defendant(s).

---

## JOINT STATUS REPORT

---

Plaintiff Basalt Real Estate LLC and Defendants Silverpeak Corp. and Chapman Ducote, by and through their respective undersigned attorneys, hereby submit this Joint Status Report pursuant to the Minute Order entered by Magistrate Judge Timothy P. O'Hara on August 27, 2025 (Dkt. # 41).

In response to the Court's request, the parties state that settlement negotiation efforts are ongoing, but there is no need to set another Settlement Conference.

Respectfully submitted this 29th day of September 2025.

| | |
|---|---|
| */s/ Kenneth E. Citron* | */s/ Stephen E. Csajaghy* |
| Kenneth E. Citron | Stephen E. Csajaghy |
| Klein Coté Edwards Citron LLC | Condit Csajaghy LLC |
| 101 South Mill Street | 695 S. Colorado Blvd. |
| Suite 200 | Suite 270 |
| Aspen, Colorado 81611 | Denver, CO 80246 |
| (970) 925-8700 | (720) 287-6602 |
| *Attorney for Plaintiff* | *Attorney for Defendants* |