IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-02498-CNS-TPO

**BASALT REAL ESTATE LLC,**
an Iowa limited liability company

    Plaintiff(s),
v.
**SILVERPEAK CORP.,** a Colorado corporation, and
**CHAPMAN DUCOTE,** an individual

    Defendant(s).

## **UNOPPOSED** MOTION FOR ENTRY OF JUDGMENT ON LIABILITY

Plaintiff Basalt Real Estate LLC by and through its undersigned attorneys, hereby submits this Unopposed Motion for Entry of Judgment on Liability and states as follows:

### CERTIFICATE OF CONFERRAL

The undersigned hereby certifies pursuant to D.C.Colo.LCivR 7.1 that prior to filing this motion he conferred by email with Defendants' counsel concerning the relief sought hereby. Defendants' counsel indicated that Defendants do not oppose such relief.

1. Plaintiff filed its Complaint in this case on September 10, 2024, alleging two causes of action: one against Defendant Silverpeak Corp. for breach of a commercial lease for a property located in Pitkin County, Colorado (the "Lease"), and one against Defendant Chapman Ducote for breach of his limited guaranty of the Lease.

2. At this time, the parties have completed discovery on the issue of Defendants'

liability on the claims asserted against them.[1]

3. Based upon the Statements of Undisputed Facts submitted to the Court on September 30, 2025 (Dkt. #s 48, 49) in advance of the parties hearing with the Court on Plaintiff's proposed motion for summary judgment on liability and the parties' discussion with the Court at said hearing, Plaintiff hereby requests that this unopposed motion for the entry of judgment be granted against both Defendants on the respective causes of action asserted against them *as to liability only.*

4. The parties will request a jury trial on the issue of the amount of monetary damages in accordance with the Court's rules.

5. WHEREFORE, Plaintiff respectfully request that Court enter judgment as to liability only against Defendant Silverpeak Corp. as to the first cause of action alleged in the Complaint and against Defendant Chapman Ducote as to the second cause of action alleged in the Complaint.

Respectfully submitted this 10th day of October 2025.

/s/ Kenneth E. Citron
Kenneth E. Citron
Klein Coté Edwards Citron LLC
101 South Mill Street
Suite 200
Aspen, Colorado 81611
(970) 925-8700
*Attorney for Plaintiff*

---

[1] Plaintiff has produced some discovery on the issue of damages, specifically with respect to its efforts to mitigate under the terms of the Lease and Colorado law but is obligated to and shall supplement that discovery shortly.

## CERTIFICATE OF SERVICE

I certify that on October 10, 2025 this <u>*Unopposed*</u> *Motion for Entry of Judgment on Liability* via E-mail upon:

    *Attorney for Defendants*
    Steve Csajaghy
    Condit Csajaghy LLC
    695 South Colorado Blvd.
    Suite 270
    Denver, CO 80246
    steve@cclawcolorado.com

                                                 */original signature on file/*

                                                      Kenneth E. Citron