IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Charlotte N. Sweeney

Civil Action No. 24-cv-02498-CNS-TPO

BASALT REAL ESTATE LLC, an Iowa limited liability company,

    Plaintiff,

v.

SILVERPEAK CORP., a Colorado corporation; and
CHAPMAN DUCOTE, an individual,

    Defendants.

---

**ORDER GRANTING UNOPPOSED MOTION FOR ENTRY OF
JUDGMENT ON LIABILITY**

---

    This matter is before the Court on Plaintiff's Unopposed Motion for Entry of Judgment on Liability, ECF No. 57. The Court, having reviewed the motion, hereby GRANTS the motion. The Court enters judgment against Defendant Silverpeak Corp. on the first cause of action asserted in the Complaint on the issue of liability only; and enters judgment against Defendant Chapman Ducote on the second cause of action asserted in the Complaint on the issue of liability only. A trial will be scheduled for May 26, 2026, to determine damages.

    DATED this 20th day of October 2025.

BY THE COURT:

_____
Charlotte N. Sweeney
United States District Judge